## STATEMENT OF FACTS

On Saturday, May 23, 2015, at approximately 4:39 p.m., Officer N. Tomasula from the Metropolitan Police Department (MPD), Third District, responded to the home of a 14-year-old female complainant, G.O., which is located in the 1700 block of Seventeenth Street, Northwest in Washington, D.C.  G.O. lives in a two-bedroom apartment with her mother, W-1, and two siblings.  When Officer Tomasula arrived at the complainant's home, W-1 reported to him that she had discovered a recording of the complainant being sexually assaulted by W-1's former live-in boyfriend on the boyfriend's computer.  Officer Tomasula alerted the MPD Youth Investigations Division, and your affiant was dispatched to the family's home to interview the complainant.

On Saturday, May 23, 2015, your affiant, along with Detective Sergeant Wallace, responded to G.O's family home to investigate the complaint.  Upon arrival on the scene, the detectives were greeted by Officer Tomasula, who provided a brief description of the report made by W-1.  Officer Tomasula then introduced your affiant and Det. Sgt. Wallace to the complainant and W-1.  The complainant's other two siblings, two males ages 10 and 18 years old, were inside the residence in another room.  When your affiant spoke to the complainant and W-1, your affiant learned that the complainant is a fluent English and Spanish speaker, while W-1 is Spanish-speaking only.

Officer R.M. Carrion, who was already present on the scene, introduced himself to your affiant and advised that he was a certified Spanish interpreter and would assist detectives in facilitating effective communications with W-1.  Almost immediately upon your affiant's arrival, W-1 produced her cell phone and played a video from her phone that depicted her former boyfriend, Rolando De La Rocha, (herein "the defendant") engaging in sexual acts with the complainant.  Rolando De La Rocha is a 42-year-old adult male.

W-1 reported that she discovered the video approximately one year ago on the defendant's computer, which was located in W-1's bedroom.  At the time of discovering the video, the defendant was living in W-1's home with W-1 and her children. Upon seeing the video, W-1 used the video-recording function on her cellular phone to record the video onto her telephone from the defendant's computer screen as the video played from the computer, thereby capturing the computer video on her phone.

W-1 showed the video to the complainant the same day when the complainant came home from school and asked the complainant about the events depicted.  When shown the video, the complainant became very upset, tearful, and ashamed.  The complainant told her mother that she did not want what the defendant had done to her reported to the police because she did not want anyone to know what had happened.

W-1 then confronted the defendant with the video.  When W-1 showed the video to the defendant, the defendant began apologizing to W-1, saying he did not know what he was thinking.  The defendant then went to the complainant's room and apologized to her as well.  W-1 reported that the complainant was crying while the defendant apologized to her.

Shortly thereafter, W-1 realized that subscriber identity module ("SIM") card from her telephone, which contained the video, had been removed.  W-1 suspected that the

defendant had taken the SIM card out of her phone. W-1 stated that when she discovered her SIM card missing, she searched everywhere for it, but was unable to find it.

Eventually, the defendant moved out of the family's home, though he retained his keys to the home and continued to frequent the home.  When he would visit the home, the defendant continued to use the internet on the computer in W-1's home, and paid the bill for the internet.  On one occasion, when in the home, the defendant left his keys behind when he left.  W-1 discovered the keys and used them to enter the defendant's locked safe, which he kept in W-1's home.  Inside the safe, W-1 found her SIM card containing the video of the defendant sexually assaulting the complainant.  W-1 reported that she located the SIM card, she spent months of contemplating what to do given her daughter's upset about reporting the assault, but ultimately W-1 telephoned the police to report what had happened.

While in the family's home, Detective Sergeant Wallace spoke with the complainant, who appeared very shy and apprehensive. The complainant advised that she was embarrassed and afraid to talk to the police about this matter. She repeatedly said to Sergeant Wallace that the events are difficult to talk about.  The complainant stated that she, W-1 and the defendant had a meeting about what had happened and the defendant said that he would not do what he had done to her anymore.   Detective Sergeant Wallace explained to the complainant the purpose of the police involvement was to ensure the safety of children of the District of Columbia.  Detective Sergeant Wallace ultimately urged the complainant to accompany detectives to the police station to talk in greater detail. The complainant was assured that if she found it too difficult to be interviewed that day, arrangements could be made to speak later.  However, the complainant agreed to be interviewed that day.  Accordingly, the complainant and W-1 were transported to Youth Investigations Division, where a recorded interview of each occurred.

The complainant stated in her video-recorded interview that incidents where the defendant touched her on her breasts and vagina happened several times, and the last time was approximately a year ago.  The complainant stated that the assaults would always happen in the family home, in her mother's room or her room.  The complainant stated that the last time the defendant assaulted her, he touched her on her breasts and her vagina.  On that most recent occasion, the defendant entered her room and began talking to her before he assaulted her.  The complainant was in her bed, wearing a t-shirt with a bra underneath, and sweatpants with underwear underneath.  The covers were pulled back and she sat up when the defendant entered her room.  The defendant then began assaulting her, touching her on her breasts and vagina under her clothes, but on top of her bra and underwear.  This occurred in the afternoon.

The complainant stated that she is now in the 8th Grade and the last time the defendant assaulted her, she was in the 7th grade, in 2013, after school started but before Christmas. On that particular day, the defendant did not touch her on her skin, rather on top of her bra and underwear.  On other, prior occasions, however, the complainant stated that the defendant touched her under her undergarments.  On some occasions he would remove the complainant's clothes.  The defendant would touch her on her breasts and on her vagina

on those occasions.  On a number of those occasions, the complainant would ask the defendant what he was doing and he would not respond.

The complainant further stated that on a number of occasions in her mother's room, the defendant would put his fingers inside of her vagina and move them up and down.  This happened approximately eight times.  The complainant also stated that the defendant put his tongue in her vagina and that she had seen the video of that particular assault.  The complainant stated she did not initially mention the part about the defendant putting his tongue on her because she was scared.  The complainant stated that the defendant used his tongue on her vagina approximately two times.  The complainant stated that she did not know the defendant had recorded the sexual assaults.  The complainant stated that sometimes she played on the iPad when the assaults occurred.

The complainant stated that she had told the defendant to stop the assaults on a number of occasions but he did not stop until her mother found out.  When W-1 learned of the assaults, the defendant promised to stop.  The complainant stated that she never told anyone what the defendant was doing because she was afraid of him.

In a subsequent interview on May 28, 2015, the complainant was asked additional follow-up questions about circumstances of the assaults described.  She indicated that she remembered the defendant moving into her house while she was in the 5th grade.  She stated that the assaults would occur in the afternoons when she came home from school and her mother was at work and her brothers were at soccer practice.  The complainant stated that each assault happened when it was only she and the defendant alone in the house.

W-1 was also interviewed by your affiant. W-1 spoke in Spanish during the interview, which was translated by Officer Carrion.  W-1 stated that she first learned of the defendant recording his sexual abuse of her daughter in October 2013.  W-1 stated she observed the video on the defendant's computer.  She had clicked on the "movie" button on the computer and seen the videos of the defendant taking her daughter into W-1's room and sexually assaulting her. W-1 again explained how she had confronted the defendant and he had apologized to her.  Specifically, W-1 stated that the defendant cried when she confronted him and stated that he loved W-1's children like his own and she could call the police. The defendant told W-1 then that he wanted to talk to the complainant and apologize.  However, the complainant told W-1 she was embarrassed and did not want the police called.  W-1 stated that the complainant cried over and over about what had happened.  W-1 stated that after the confrontation, the defendant changed the passcode on the computer and made the computer settings private. He also changed his cell phone password.

W-1 stated that the defendant left her residence a few months after W-1 discovered the videos on the computer, in approximately January of 2014.  Prior to that, W-1 had been involved with the defendant for approximately four years, the first of which they were dating, and the latter three of which the defendant lived in W-1's home.

W-1 stated that the reason she reported to police when she did was because that day she had been looking through her things and come across the SIM card, which after finding

in the defendant's safe, she had lost again and then relocated.  W-1 stated that she initially did not make a report because her daughter was so upset and embarrassed, and because her daughter "cried and cried" about what had happened.  Later W-1 delayed because when the SIM card was gone, she did not report because she did not have evidence any longer.

The defendant's computer and W-1's cell phone were provided by W-1 to police for forensic evaluation.  The computer had been left by the defendant in W-1's home, inside W-1's bedroom when he moved out.   Det. Tim Palchak responded to Youth Investigations Division to retrieve the property.  W-1 signed a consent to search form, allowing police to view the contents of her phone.  Located on the telephone were the videos described by W-1.

Specifically, three videos date-stamped October 25, 2013 appeared on W-1's cellular telephone.  The videos which appeared on the cellular phone and were shown to detectives by W-1 depict the following:

- The first video depicts the complainant wearing a soccer t-shirt, white shorts and blue slipper-type boots with white stars on them.  In the video, the defendant can be seen at the beginning positioning a video-recording device, suspected to be his computer, to face a bed.  The bed has white floral sheets and a blue cover on it.  The complainant enters the room, the defendant hands her an iPad, which the complainant begins to look at.  The defendant then lifts the complainant's t-shirt as she stands in front of him, and the defendant first sucks on the complainant's breasts while the complainant continues to look at the iPad screen over the defendant's head.  The defendant then unbuttons the complainant's shorts, lifts her by her hips onto the bed, and pulls down the complainant's shorts and underwear.  The defendant then begins digitally penetrating the complainant and puts his mouth on the complainant's vagina while she lies face up on the bed operating the iPad.  The complainant lies still for several minutes while the defendant continues to perform oral sex on the complainant and digitally penetrate her vagina.  The complainant sits up at one point and tries to move the defendant's head.  The defendant continues sexually assaulting the complainant.  The complainant then sits up a second time, and the defendant stops what he is doing.  He appears to say something to the complainant, though there is no sound in the video.  The complainant nods, stands up, and the defendant assists the complainant pulling up her underwear and shorts.  The defendant appears to continue speaking to the complainant as he does this, and she nods, though there is no sound.  The complainant then leaves the room while the defendant adjusts the computer.  During the video, it is apparent that the video is a recording of a video playing on a computer, as the video shows the bottom tool bar of the computer screen.  The video is approximately six minutes and eleven seconds long.

- The second video is recorded upside down on W-1's phone.  In that video, again, it is apparent that the video is a recording of a video playing on a computer because the computer tool bar is depicted in the image.  In this video, the defendant is seen entering a bedroom with the complainant.  A hardwood floor and a bed covered in white bedding are depicted.  The defendant enters the frame with the complainant, who is clad in a white tank top and black shorts.  The defendant again pulls up the

complainant's shirt and puts his mouth on the complainant's breast as the complainant sits on the edge of the bed.  The defendant then pushes the complainant backward so she is lying down, and adjusts her legs.  The defendant then pulls down the complainant's blue shorts and white underwear and can be seen digitally penetrating the complainant's vagina.  The defendant then continues to spread the complainant's legs and can be seen putting his mouth on the complainant's vagina while the complainant lies still on the bed.  The video is approximately four minutes and thirteen seconds long.

- A third video depicts the same room as the second video described above.  The complainant is dressed identically, and appears to capture the same event.  It commences with the complainant already on the bed and the defendant's mouth on the complainant's vagina. The complainant then appears to try to push the defendant away and pull her legs together, resisting the defendant.  The defendant then stops and pulls the complainant to a standing position in front of him, with defendant's arms around the complainant's waist, but the defendant is otherwise out of the camera angle.  The defendant then pushes the complainant toward the door, she exits, and the defendant can be seen turning off the camera.  The video is approximately two minutes and twenty-three seconds long.

Two additional videos date-stamped October 28, 2013 also appear on W-1's phone. The first appears to be a second recording of the first video described above, but captured on W-1's cellular phone from a different angle.  The second video date-stamped October 28, 2013 appears to be a second recording of the second video described above, but captured on W-1's phone from a different angle.

The computer on which W-1 viewed the videos described above is a Windows HP Touch Smart 300 computer, Model # 300-1100 bearing serial number 3CR0150QHK. Your affiant knows that such computers are not manufactured in the District of Columbia.

The defendant was identified by name by W-1 and the complainant as Rolando De La Rocha.  A photograph of Rolando De La Rocha was obtained by detectives from a law enforcement portal at the FBI.  The photograph obtained is the defendant's Maryland driver's license photograph. Your affiant recognized the photograph of the defendant as the same individual depicted in the videos described above.  The defendant's driver's license identifies him by name as Rolando De La Rocha.  On May 28, 2015, the complainant was shown the defendant's driver's license photograph and positively identified him as the person who had sexually assaulted her.

_____
DETECTIVE VINCENT MANNING
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this 29th day of May, 2015.

_____
HONORABLE ALAN KAY
UNITE STATES MAGISTRATE JUDGE